UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| STEVEN M. FITTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-107 |
| | ) | |
| CHRISTINE WORMUTH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court entered a Report and Recommendation ("R&R") recommending that this case be dismissed because Plaintiff Steven M. Fitten failed to timely comply with the Clerk's direction to "[r]eturn the . . . civil cover sheet with [his] signature", doc. 5. Doc. 6 at 1-2. The R&R afforded him one final opportunity to correct the deficiency during the fourteen-day R&R objections period. *Id.* at 1 n.1. He objected to the R&R, doc. 7, and filed a signed civil cover sheet. Doc. 8 at 1. Since he has

complied with the Clerk's Notice of Filing Deficiency, doc. 5, the R&R is **VACATED**. Doc. 6.

**SO ORDERED**, this 19th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA