UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEVEN M. FITTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV422-107 |
| | ) |
| CHRISTINE WORMUTH, | ) |
| | ) |
| Defendant. | ) |

## AMENDED SCHEDULING ORDER

The Court's original Scheduling Order set a close-of-discovery deadline of March 10, 2023. Doc. 15 at 1. The Court subsequently granted three discovery extension requests. Doc. 17; doc. 19; doc. 21 (the operative Amended Scheduling Order set a close-of-discovery deadline of June 23, 2023). Before the Court is "Plaintiff's Fourth Unopposed Motion to Extend Time to Complete Discovery, File a Joint Report and Civil Motions." Doc. 22. For good cause shown, the unopposed motion is **GRANTED**. Doc. 22. However, given the number and length of discovery extensions in this case, **the Court will not grant additional extensions absent a showing of truly extraordinary**

**circumstances.** The Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| **CLOSE OF DISCOVERY** | July 28, 2023 |
| **JOINT STATUS REPORT DUE** | August 11, 2023 |
| **LAST DAY FOR FILING CIVIL MOTIONS INCLUDING DAUBERT MOTIONS BUT EXCLUDING MOTIONS *IN LIMINE*** | August 25, 2023 |

Motions *in limine* shall be filed no later than five days prior to the pre-trial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

**SO ORDERED**, this 22nd day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA