IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEVEN M. FITTEN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-107
)
CHRISTINE WORMUTH, Secretary of )
the Army, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc. 26) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 10th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Christine Wormuth's pending Motion to Amend Answer and the Magistrate Judge's Report and Recommendation are **DISMISSED AS MOOT**. (Docs. 24, 25.)